■ VERBLAW MOTOR TRUCK SALES, INC., Appellant, v TOWN OF OLEAN et al., Respondents. — Judgment unanimously affirmed, without costs. Memorandum: It was proper to dismiss this CPLR article 78 proceeding brought by petitioner, the low bidder, seeking a judgment annulling the respondent town's award of a contract for the purchase of a dump truck to respondent Buffalo Truck Sales & Service, Inc. There was a rational basis for the decision to reject petitioner's bid on the ground of failure to

conform to the specifications (see *Le Cesse Bros. Contr. v Town Bd.,* 62 AD2d 28, 31, affd 46 NY2d 960; *Matter of Rockland Haulage v Village of Upper Nyack,* 13 AD2d 819), and thus the administrative determination should not be disturbed (see *Matter of Atlantic Tug & Equip. Co. v Town of Tonawanda,* 45 AD2d 916; *Matter of Warren Bros. Co. v Craner,* 30 AD2d 437, 440). Special Term's refusal to grant a hearing to petitioner was not, on this record, an abuse of discretion (see *Matter of Atlantic Tug & Equip. Co. v Town of Tonawanda, supra*). We have considered the other arguments raised on appeal and find them to be without merit. We note that petitioner does not, as Special Term suggested, have a cause of action for damages (see *Matter of Allen v Eberling,* 24 AD2d 594; *Matter of Carroll-Ratner Corp. v City Manager of New Rochelle,* 54 Misc 2d 625, affd 36 AD2d 795). (Appeal from judgment of Supreme Court, Cattaraugus County, Crowley, J. — art 78.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and Moule, JJ.